**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KENNETH JOHN PACHINGER                                                                    PLAINTIFF
Reg #30219-074

V.                                              2:11-cv-00057-JJV

T.C. OUTLAW                                                                                        DEFENDANTS
Warden, FCC Forrest City

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 5th day of August 2011.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE